# Southern-Owners

Page   1

27777     (10-88)
Issued   08-07-2015

INSURANCE COMPANY          36455
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**WORKERS' COMPENSATION & EMPLOYERS' LIABILITY**

AGENCY   NORTON INSURANCE OF FL INC
12-0321-00          MKT TERR 054          (850) 244-1574

Revised Final Audit Effective     09-24-2013

POLICY NUMBER          **131722 78114473**

INSURED   HENDERSON DEVELOPEMENT &
DESIGN LLC

Company Use          78-17-FL-0913

ADDRESS   PO BOX 1548

DESTIN  FL  32540-1548

| Company Bill | POLICY PERIOD | |
|---|---|---|
| | 12:01 A.M.<br>09-24-2013 | to | 12:01 A.M.<br>09-24-2014 |

**ITEM 1.**   **INSURED:**  HENDERSON DEVELOPEMENT &
DESIGN LLC
150 INDUSTRIAL PARK RD UNIT 1
DESTIN, FL 32541-2721

**INSURED IS:**  Limited Liability Company

**ITEM 2.**   **POLICY PERIOD:**  09-24-2013 (12:01 A.M.)  to  09-24-2014 (12:01 A.M.)
(Based on the insured's address shown in Item 1.)

**ITEM 3. A. WORKERS' COMPENSATION INSURANCE:**  Part One of the policy applies to Workers' Compensation Law of the states
listed here:  FL

**B. EMPLOYERS LIABILITY INSURANCE:**  Part Two of the policy applies to work in each state listed in ITEM 3.  The limits of
our liability under Part Two are:

Bodily Injury by Accident          $100,000    Each Accident
Bodily Injury by Disease          $100,000    Each Employee
Bodily Injury by Disease          $500,000    Policy Limit

**C. OTHER STATES INSURANCE:**  Part Three of the policy applies to the states, if any, listed here:  AL, AZ, AR, CO, FL, GA,
ID, IL, IN, IA, KS, KY, MI, MN, MO, NE, NC, PA, SC, SD, TN, UT, VA, & WI unless already listed in ITEM 3A.

**ITEM 4.**   The premium for this policy will be determined by our manuals of rules, classifications, rates and rating plans.  All
information required below is subject to verification and change by audit.

| CLASSIFICATION OF OPERATIONS | PREMIUM BASIS | | RATES | |
|---|---|---|---|---|
| | CLASS<br>CODE | REMUNERATION | RATE PER<br>$100 | PREMIUM |
| **STATE OF FLORIDA**<br>ID# 0140     (See FED NUM 001)     DESC 000 | | | | |
| LANDSCAPE GARDENING & DRIVERS | 0042 | 427 | 7.81 | 33 |
| ID# 0120     (See FED NUM 001)     DESC 001 | | | | |
| PLASTERING OR STUCCO WORK - ON OUTSIDE<br>OF BUILDINGS | 5022 | 16,000 | 10.84 | 1,734 |
| ID# 0100     (See FED NUM 001)     DESC 002 | | | | |
| PAVING OR REPAVING - FLOORS, DRIVEWAYS,<br>YARDS OR SIDEWALKS - & DRIVERS | 5221 | IF ANY | 6.15 | |

27777 (10-88) (WC000001A)

EXHIBIT A

Page  2

27777   (10-88)
Issued    08-07-2015

SOUTHERN-OWNERS INS. CO.

AGENCY  NORTON INSURANCE OF FL INC
12-0321-00              MKT TERR 054

Company   **POLICY NUMBER**   **131722 78114473**
Bill      Company Use        78-17-FL-0913

INSURED  HENDERSON DEVELOPEMENT &

Term  09-24-2013  to  09-24-2014

| | | | | |
|---|---|---|---|---|
| **ID# 0010   (See FED NUM 001)   DESC 002** | | | | |
| CERAMIC TILE, INDOOR STONE, MARBLE OR MOSAIC WORK | 5348 | 40,133 | 5.61 | 2,251 |
| **ID# 0020   (See FED NUM 001)   DESC 000** | | | | |
| PAINTING NOC & SHOP OPERATIONS, DRIVERS | 5474 | 461,331 | 10.15 | 46,825 |
| **ID# 0150   (See FED NUM 001)   DESC 000** | | | | |
| ROOFING - ALL KINDS & DRIVERS | 5551 | 89,308 | 18.03 | 16,102 |
| **ID# 0030   (See FED NUM 001)   DESC 000** | | | | |
| CONTRACTOR - PROJECT MANAGER, CONSTRUCTION EXECUTIVE, CONSTRUCTION MANAGER OR CONSTRUCTION SUPERINTENDENT | 5606 | 111,885 | 1.93 | 2,159 |
| **ID# 0130   (See FED NUM 001)   DESC 003** | | | | |
| CLEANER - DEBRIS REMOVAL-CONSTRUCTION CONTRACTOR | 5610 | 1,766 | 7.09 | 125 |
| **ID# 0110   (See FED NUM 001)   DESC 001** | | | | |
| CARPENTRY - CONSTRUCTION OF RESIDENTIAL DWELLINGS NOT EXCEEDING THREE STORIES IN HEIGHT | 5645 | 380,962 | 15.71 | 59,849 |
| **ID# 0080   (See FED NUM 001)   DESC 001** | | | | |
| GRADING OF LAND NOC & DRIVERS | 6217 | 12,702 | 7.24 | 920 |
| **ID# 0040   (See FED NUM 001)   DESC 001** | | | | |
| SALESPERSONS OR COLLECTORS - OUTSIDE | 8742 | 49,208 | .53 | 261 |
| **ID# 0060   (See FED NUM 001)   DESC 001** | | | | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | 70,941 | .27 | 192 |
| **ID# 0050   (See FED NUM 001)   DESC 002** | | | | |
| DRAFTING EMPLOYEES | 8810 | IF ANY | .27 | |
| **ID# 0090   (See FED NUM 001)   DESC 005** | | | | |
| JANITORIAL SERVICES BY CONTRACTORS - NO WINDOW CLEANING ABOVE GROUND LEVEL & DRIVERS | 9014 | 7,880 | 5.21 | 411 |

27777 (10-88) (WC000001A)

Page  3                                   27777    (10-88)
                                                       Issued   08-07-2015

SOUTHERN-OWNERS INS. CO.

AGENCY  NORTON INSURANCE OF FL INC           Company   **POLICY NUMBER**    **131722 78114473**
        12-0321-00        MKT TERR 054        Bill      Company Use          78-17-FL-0913

INSURED  HENDERSON DEVELOPEMENT &                       Term  09-24-2013  to  09-24-2014

---

| ID# 0070   (See FED NUM 001)   DESC 000 | | | |
|---|---|---|---|
| HOUSE FURNISHINGS INSTALLATION NOC & UPHOLSTERING | 9521 | IF ANY | 6.14 |

**FLORIDA PREMIUM SUMMARY**

|  |  |  |
|---|---|---|
| TOTAL |  | 130,862 |
| PREMIUM DISCOUNT | 10,998- | 119,864 |

**POLICY PREMIUM SUMMARY**

|  |  |  |
|---|---|---|
| EXPENSE CONSTANT | 200 | 120,064 |
| TERRORISM-SEE FORM 27987 | 249 | 120,313 |
| TOTAL EARNED PREMIUM |  | 120,313 |
| TOTAL PREVIOUS BILLINGS |  | 61,874 |
| ADDITIONAL PREMIUM |  | 58,439 |

**FEDERAL ID:**             462500056

**COUNTY:**                 046

**MINIMUM PREMIUM:**        $1,000  FLORIDA

**FL NAICS:**               238320

**FL NUMBER OF EMPLOYEES:** 16

**ENDORSEMENTS:**
| | | |
|---|---|---|
| 14019 (02-08)C | 27037 (03-05)A | 27038 (09-88)A(WC090401 ) |
| 27156 (10-07)A | 27192 (10-94)A | 27227 (07-11)B(WC000000A) |
| 27230 (09-08)B(WC890906 ) | 27279 (07-03)A(WC000419 ) | 27320 (03-06)A |
| 27397 (03-12) (WC090401 ) | 27411 (01-13) | 27938 (06-07)B(WC000406 ) |
| 27942 (11-90)A(WC000414 ) | 27978 (05-06)A | 27987 (01-08)A(WC090403A) |

**AUDITED TERM:**           FROM 09-24-2013 TO 09-24-2014

Agency Code   12-0321-00

Policy Number   131722 78114473

27411 (1-13)

# LOCATION SCHEDULE

| | |
|---|---|
| **FED NUM  001** | |
| **STATE** | FL |
| **FED ID** | 462500056 |
| **ENTITY** | LIMITED LIABILITY COMPANY |
| **NUMBER OF EMPLOYEES** | 12 |
| **NAICS** | 238320 |
| **NAME & ADDRESS** | HENDERSON DEVELOPEMENT & DESIGN LLC |
| | 150 INDUSTRIAL PARK RD UNIT 1 |
| | DESTIN FL  32541-2721 |

# Workers Compensation and Employers Liability Insurance Policy

WC 00 00 00 B
27227 (07-11)

*Southern-Owners Insurance Company*

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## QUICK REFERENCE

|  | BEGINNING ON Page |
|---|---|
| **Information Page**........................................................................ | i |
| **General Section**........................................................................ | 1 |
| A. The Policy........................................................................ | 1 |
| B. Who Is Insured........................................................................ | 1 |
| C. Workers Compensation Law........................................................ | 1 |
| D. State........................................................................ | 1 |
| E. Locations........................................................................ | 1 |
| **PART ONE - WORKERS COMPENSATION INSURANCE**............... | 1 |
| A. How This Insurance Applies........................................................ | 1 |
| B. We Will Pay........................................................................ | 1 |
| C. We Will Defend........................................................................ | 1 |
| D. We Will Also Pay........................................................................ | 1 |
| E. Other Insurance........................................................................ | 1 |
| F. Payments You Must Make........................................................ | 2 |
| G. Recovery From Others........................................................ | 2 |
| H. Statutory Provisions........................................................ | 2 |
| **PART TWO - EMPLOYERS LIABILITY INSURANCE**................... | 2 |
| A. How This Insurance Applies........................................................ | 2 |
| B. We Will Pay........................................................................ | 2 |
| C. Exclusions........................................................................ | 3 |
| D. We Will Defend........................................................................ | 3 |
| E. We Will Also Pay........................................................................ | 3 |
| F. Other Insurance........................................................................ | 4 |
| G. Limits of Liability........................................................................ | 4 |
| H. Recovery From Others........................................................ | 4 |
| I. Actions Against Us........................................................................ | 4 |
| **PART THREE - OTHER STATES INSURANCE**.......................... | 4 |
| A. How This Insurance Applies........................................................ | 4 |
| B. Notice........................................................................ | 4 |
| **PART FOUR - YOUR DUTIES IF INJURY OCCURS**.................. | 4 |
| **PART FIVE – PREMIUM**................................................................ | 5 |
| A. Our Manuals........................................................................ | 5 |
| B. Classifications........................................................................ | 5 |
| C. Remuneration........................................................................ | 5 |
| D. Premium Payments........................................................ | 5 |
| E. Final Premium........................................................................ | 5 |
| F. Records........................................................................ | 5 |
| G. Audit........................................................................ | 5 |
| **PART SIX - CONDITIONS**........................................................ | 6 |
| A. Inspection........................................................................ | 6 |
| B. Long Term Policy........................................................ | 6 |
| C. Transfer of Your Rights and Duties........................................ | 6 |
| D. Cancelation........................................................................ | 6 |
| E. Sole Representative........................................................ | 6 |

**IMPORTANT:**  This Quick Reference is **not** part of the Workers Compensation and
Employer Liability Insurance Policy, and does **not** provide coverage.
Refer to the Workers Compensation and Employers Liability Insurance
Policy itself for actual contractual provisions.

PLEASE READ THE WORKERS COMPENSATION AND EMPLOYERS LIABILITY
INSURANCE POLICY CAREFULLY.

i

WC 00 00 00 B
27227 (07-11)

Includes material of the National Council on Compensation Insurance, Copyright 1991, used with its permission.

Agency Code   12-0321-00                                Policy Number   131722 78114473

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

### GENERAL SECTION

**A. The Policy**
This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

**B. Who is Insured**
You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

**C. Workers Compensation Law**
Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

**D. State**
State means any state of the United States of America, and the District of Columbia.

**E. Locations**
This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

### PART ONE
### WORKERS COMPENSATION INSURANCE

**A. How This Insurance Applies**
This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.
1. Bodily injury by accident must occur during the policy period.
2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

**B. We Will Pay**
We will pay promptly when due the benefits required of you by the workers compensation law.

**C. We Will Defend**
We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.
We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

**D. We Will Also Pay**
We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:
1. reasonable expenses incurred at our request, but not loss of earnings;
2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;
3. litigation costs taxed against you;
4. interest on a judgment as required by law until we offer the amount due under this insurance; and
5. expenses we incur.

**E. Other Insurance**
We will not pay more than our share of benefits and costs covered by this insurance and other

1

© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.

WC 00 00 00 B
27227 (07-11)

Agency Code   12-0321-00

Policy Number   131722 78114473

insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

### F. Payments You Must Make

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1. of your serious and willful misconduct;
2. you knowingly employ an employee in violation of law;
3. you fail to comply with a health or safety law or regulation; or
4. you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

### G. Recovery From Others

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

### H. Statutory Provisions

These statements apply where they are required by law.

1. As between an injured worker and us, we have notice of the injury when you have notice.
2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.
3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.
4. Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.
5. This insurance conforms to the parts of the workers compensation law that apply to:

   a. benefits payable by this insurance;
   b. special taxes, payments into security or other special funds, and assessments payable by us under that law.
6. Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

## PART TWO
## EMPLOYERS LIABILITY INSURANCE

### A. How This Insurance Applies

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.
2. The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.
3. Bodily injury by accident must occur during the policy period.
4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.
5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

### B. We Will Pay

We will pay all sums that you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. For which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against such third party as a result of injury to your employee;

© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.

WC 00 00 00 B
27227 (07-11)

Agency Code   12-0321-00                                    Policy Number   131722 78114473

2. For care and loss of services; and
3. For consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and
4. Because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

C. **Exclusions**
This insurance does not cover:
1. Liability assumed under a contract.  This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;
2. Punitive or exemplary damages because of bodily injury to an employee employed in violation of law;
3. Bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;
4. Any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;
5. Bodily injury intentionally caused or aggravated by you;
6. Bodily injury occurring outside the United States of America, its territories or possessions, and Canada.  This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;
7. Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;
8. Bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 USC Sections 901–950), the Nonappropriated Fund Instrumentalities Act (5 USC Sections 8171–8173), the Outer Continental Shelf Lands Act (43 USC Sections 1331–1356a.), the Defense Base Act (42 USC Sections 1651–1654), the Federal Coal Mine

Safety and Health Act (30 USC Sections 801–945), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;
9. Bodily injury to any person in work subject to the Federal Employers' Liability Act (45 USC Sections 51–60), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;
10. Bodily injury to a master or member of the crew of any vessel;
11. Fines or penalties imposed for violation of federal or state law; and
12. Damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 1801–1872) and under any other federal law awarding damages for violation of those laws or regulations issued there under, and any amendments to those laws.

D. **We Will Defend**
We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.
We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.  We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

E. **We Will Also Pay**
We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:
1. Reasonable expenses incurred at our request, but not loss of earnings;
2. Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;
3. Litigation costs taxed against you;
4. Interest on a judgment as required by law until we offer the amount due under this insurance; and
5. Expenses we incur.

3

© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.

WC 00 00 00 B
27227 (07-11)

F. **Other Insurance**
We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

G. **Limits of Liability**
Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below.
1. Bodily Injury by Accident. The limit shown for "bodily injury by accident—each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.
   A disease is not bodily injury by accident unless it results directly from bodily injury by accident.
2. Bodily Injury by Disease. The limit shown for "bodily injury by disease—policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease—each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.
   Bodily injury by disease does not include disease that results directly from a bodily injury by accident.
3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

H. **Recovery From Others**
We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

I. **Actions Against Us**
There will be no right of action against us under this insurance unless:
1. You have complied with all the terms of this policy; and
2. The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

## PART THREE
## OTHER STATES INSURANCE

A. **How This Insurance Applies**
1. This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.
2. If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.
3. We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.
4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

B. **Notice**
Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

## PART FOUR
## YOUR DUTIES IF INJURY OCCURS

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.
1. Provide for immediate medical and other services required by the workers compensation law.
2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.
3. Promptly give us all notices, demands and legal papers related to the injury, claim, proceeding or suit.

4

© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.

WC 00 00 00 B
27227 (07-11)

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.
5. Do nothing after an injury occurs that would interfere with our right to recover from others.
6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE—PREMIUM

### A. Our Manuals

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

### B. Classifications

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

### C. Remuneration

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:
1. all your officers and employees engaged in work covered by this policy; and
2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

### D. Premium Payments

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

### E. Final Premium

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:
1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.
2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure. Final premium will not be less than the minimum premium.

### F. Records

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

### G. Audit

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

5

© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.

Agency Code    12-0321-00

Policy Number    131722 78114473

## PART SIX—CONDITIONS

A. **Inspection**
We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

B. **Long Term Policy**
If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

C. **Transfer of Your Rights and Duties**
Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

D. **Cancelation**
1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.
2. We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.
3. The policy period will end on the day and hour stated in the cancelation notice.
4. Any of these provisions that conflict with a law that controls the cancelation of the insurance in this policy is changed by this statement to comply with the law.

E. **Sole Representative**
The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancelation.

In witness whereof, we, the Southern-Owners Insurance Company, have caused this policy to be issued and to be duly signed by our President and Secretary.

Secretary

President

6

© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.

Agency Code   12-0321-00

Policy Number   131722 78114473

27038 (9-88)

Workers Compensation and Employers Liability Insurance Policy

# FLORIDA CONTRACTING CLASSIFICATION PREMIUM ADJUSTMENT ENDORSEMENT

WC 09 04 01

The premium for the policy may be adjusted by a Florida Contracting Classification Premium Adjustment factor.  The factor was not available when the policy was issued.  If you qualify, we will issue an endorsement to show the premium adjustment factor after it is calculated.

27038 (9-88)

Page 1 of 1

27156 (10-07)

# FLORIDA WORKERS COMPENSATION COMPLIANCE NOTICE

Dear Policyholder:

RE:   STATE FORM UCT-6, EMPLOYER'S QUARTERLY TAX REPORT
      STATE FORM UCT-6W, EMPLOYER'S QUARTERLY WAGE REPORT

You are required by Chapter 443, Florida Statutes, to submit to us a copy of each quarterly tax and wage report (state forms UCT-6 and UCT-6W) within 45 days of the end of the quarter reported. Please submit these forms to the following address:

      Auto-Owners Insurance Company
      P.O. Box 14700
      Tallahassee, FL  32317-4700

Failure to submit these may result in the nonrenewal of your policy.

If you have any questions, please contact your Auto-Owners agent.

Auto-Owners Insurance Company
Owners Insurance Company
Southern-Owners Insurance Company

27156 (10-07)

Page 1 of 1

Agency Code    12-0321-00                                             Policy Number    131722 78114473

27192 (10-94)

# FLORIDA NOTICE
## Workers Compensation

**AVAILABILITY OF SAFETY CONSULTIVE SERVICE**

Section 440.56(4) Florida Statutes, as amended, requires insurance carriers to advise each Workers Compensation policyholder that safety consultive services are available upon request.  There will be no additional charge for these services.  If you desire these services, please contact your agent for assistance in completing the request.

**AVAILABILITY OF STATE-AUTHORIZED DEDUCTIBLE PLAN**

Section 440.20(1)(b) Florida Statutes, as amended, requires insurance carriers to make available to each Workers Compensation employer a state-authorized deductible plan.  If you desire to participate in this plan, please contact your agent for complete details.

27192 (10-94)                                                                           Page 1 of 1

27230 (9-08)

## Florida
# POLICYHOLDER INFORMATION AND ASSISTANCE
WC 89 09 06

We are here to serve you and as our policyholder your satisfaction is very important to us. Should you have any questions or a complaint regarding your policy that cannot be resolved by your agent, you may contact us at the following telephone numbers.

If you reside in the panhandle area of Florida, you may contact our Tallahassee, Florida Branch Office for information and assistance by calling 850-216-3180.  All other Florida residents should contact our Lakeland, Florida Branch Office for information and assistance by calling 941-687-4505.

Auto-Owners Insurance Company
Owners Insurance Company
Southern-Owners Insurance Company

27230 (9-08)                                                                           Page 1 of 1

Agency Code   12-0321-00

Policy Number   131722 78114473

27279 (7-03)

Workers Compensation and Employers Liability Insurance Policy

# PREMIUM DUE DATE ENDORSEMENT
### WC 00 04 19

Section D of Part Five of the policy is replaced by this provision:

### PART FIVE
### PREMIUM

D.   **Premium** is amended to read:

You will pay all premium when due.  You will pay the premium even if part or all of a workers compensation law is not valid.  **The due date for audit and retrospective premiums is the date of the billing.**

27279 (7-03)                           © 2000 National Council on Compensation Insurance, Inc.                           Page 1 of 1

27320 (3-06)

# NOTICE OF PREMIUM AUDIT BILLING

Dear Policyholder,

Thank you for allowing Auto-Owners to handle your insurance needs.

Auto-Owners Insurance Group is financially sound with sufficient reserves to be ranked among the leaders in the industry for financial security.  Our A++ (Superior) rating by the A.M. Best Company signifies that we have the financial strength to provide the insurance protection you need.

If your policy is an audited policy, the billing of the audit premium will be included in your regular premium billing account. This premium is due in full upon billing and failure to pay as billed may result in the cancellation of all policies on the billing account.  If you have questions on your audit or about your insurance needs, please contact your agent at the telephone number shown on your Information page.

Auto-Owners Insurance -- The "No Problem" People®

27320 (3-06)                                                                                             Page 1 of 1

27938 (6-07)

Workers Compensation and Employers Liability Insurance Policy

# PREMIUM DISCOUNT ENDORSEMENT
WC 00 04 06

The standard premium for this policy may be eligible for discount.

The Premium Discount will apply as follows:
    the first $10,000 of standard premium will not receive a discount;
    the next $190,000 will receive a discount of 9.1%;
    the next $1,550,000 will receive a discount of 11.3%; and
    the balance will receive a discount of 12.3%.

27938 (6-07)           Page 1 of 1

---

27942 (11-90)

Workers Compensation and Employers Liability Insurance Policy

# NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT
WC 00 04 14

Experience rating is mandatory for all eligible insureds. The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that of one or more of the entities eligible to be combined with you for experience rating purposes. Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity and other changes provided for in the applicable experience rating plan manual.

You must report any change in ownership to us in writing within 90 days of such change. Failure to report such changes within this period may result in revision of the experience rating modification factor used to determine your premium.

27942 (11-90)      Copyright 1990 National Council on Compensation Insurance.      Page 1 of 1

**WORKERS COMPENSATION AND EMPLOYEES LIABILITY INSURANCE POLICY**                 27397 (3-12)

# FLORIDA FINAL PREMIUM AMENDATORY ENDORSEMENT
## WC 09 04 01

This endorsement applies only to the insurance provided by the policy because Florida is shown in Item 3.A. of the Information Page.

It is agreed:

Under **Part Five - Premium**, Section **E. Final Premium** is deleted and replaced by the following:

**E.  Final Premium**

The premium shown on the Information Page, schedules, and endorsements is an estimate.  The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy.  If the final premium is more than the premium you paid to us, you must pay us the balance.  If it is less, we will refund the balance to you.  The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be calculated pro rata based on the time this policy was in force.  Final premium will not be less than the pro rata share of the minimum premium.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(This information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement                         Effective Policy No.        Endorsement No.
Insured                                                         Premium

Insurance Company                   Countersigned by_____

27987 (1-08)

Workers Compensation and Employers Liability Insurance Policy

# FLORIDA TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT ENDORSEMENT
(WC 09 04 03 A)

This endorsement addresses requirements of the Terrorism Risk Insurance Act of 2002 as amended by the Terrorism Risk Insurance Program Reauthorization Act of 2007.

## Definitions

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

1. "Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments resulting from the Terrorism Risk Insurance Reauthorization Act of 2007.
2. "Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:
   a. The act is an act of terrorism.
   b. The act is violent or dangerous to human life, property or infrastructure.
   c. The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.
   d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.
3. "Insured Loss" means any loss resulting from an act of terrorism (including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.
4. "Insurer Deductible" means, for the period beginning on January 1, 2008, and ending on December 31, 2014, an amount equal to 20% of our direct earned premiums, over the calendar year immediately preceding the applicable Program Year.
5. "Program Year" refers to each calendar year between January 1, 2008, and December 31, 2014, as applicable.

## Limitation of Liability

The Act may limit our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a Program Year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we may only have to pay a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

## Policyholder Disclosure Notice

1. Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceeds $100,000,000 in a Program Year, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.
2. Notwithstanding item 1 above, the United States Government may not have to make any payment under the Act for any portion of Insured Losses that exceeds $100,000,000,000.
3. The premium charged for the coverage for Insured Losses under this policy is included in the amount shown in Item 4 of the Information Page or the Schedule below.

### Schedule

Rate per $100 of Remuneration

### SHOWN IN ITEM 4 OF THE INFORMATION PAGE

27987 (1-08)          © Copyright 2007 National Council on Compensation Insurance, Inc. All Rights Reserved.          Page 1 of 1

14019 (2-08)

# YOUR INSURANCE AUDIT - HOW TO SAVE TIME AND MONEY

### WHAT IS AN INSURANCE AUDIT?

Insurance audits are typically performed on commercial insurance policies providing auto, general liability, garage liability, umbrella and workers compensation coverages.  When these polices are issued, you are asked to pay an estimated premium.  Estimated premiums are based on the nature of your business and your estimate of exposures (i.e., payroll, sales, etc.) for the policy period.

Once your policy expires, we conduct an audit to collect information on actual exposures and operations.  From this information, we determine the final earned premium.  Premium adjustments are then determined by comparing audited exposures and operations with the original policy estimates.

### WHAT RECORDS ARE NEEDED FOR THE AUDIT?

Good record keeping is important to the audit process.  Accurate records provide and confirm information, save time and minimize your insurance costs.  The premium auditor will let you know which of the following records will be needed for your audit when the audit appointment is made.

- PAYROLL RECORDS include payroll journal and summary, federal tax reports (941's), state unemployment reports and individual earnings records.  Totals should be kept for overtime when applicable.
- EMPLOYEE RECORDS include the number of employees and hours, days or weeks worked annually.
- SALES JOURNAL includes all goods or products sold, rented and/or distributed as well as service, repair and installation.  Sales or excise taxes collected separately and submitted to the government need to be identified in order to be excluded.
- CHECK REGISTER and CASH DISBURSEMENTS show payments to subcontractors, material cost and payments for casual labor.
- CERTIFICATES OF INSURANCE show the subcontractors used during the policy period for construction, erection and/or repair for general liability and workers compensation insurance coverages.  They are also used for commercial automobile hired auto coverage.
- INCOME STATEMENTS include subcontracted costs used to determine the cost of hired autos for commercial automobile audits.

### WHEN AND HOW WILL THE AUDIT BE DONE?

We will collect audit information from you shortly after your policy expires.

Smaller, less complex policies may only require that you assemble and send the necessary information to us or have the information available when a telephone auditor calls.

Larger and more complicated policies are handled by a field auditor, who will schedule an appointment with you shortly after the policy expires.

If you must change or cancel a scheduled appointment, please advise the auditor as far in advance as you can.  It is best to schedule and complete this audit within 30 days from your policy expiration date.

It is important for the auditor to ask questions about your operations.  If you cannot be present to answer questions, someone familiar with the specifics of your entire business operations should be available.

If you direct us to your accountant, we will obtain as much information as possible from your accountant and contact you if we have additional questions.

Most of our audits only take a half hour or less, but audits of larger policies may take longer.  Though the auditor will have a number of questions, you will not have to be directly involved during the entire audit if adequate records are available.

14019 (2-08)                                                                                           Page 1 of 3

Agency Code   12-0321-00

Policy Number   131722 78114473

## HOW CAN YOU SAVE MONEY?

There are several ways you can save on premium dollars depending on the type of business and coverages you have. Not all of the following may apply to your particular business.

- PAYROLL DIVISION - A single employee's payroll can be divided except when the employee works in a clerical, sales, drafting or driving position.  Proper records must be kept in dollar amounts that reflect work actually performed before a breakdown can be applied.  Without adequate records, the entire payroll for the employee must be placed in the highest rated classification.
- EMPLOYEE TIPS - Tips declared by employees may be excluded from their gross payroll only if separately identified.
- CERTIFICATES OF INSURANCE - Have certificates available for the audit at your premises (or your accountant's) to ensure that charges are not made unnecessarily.  Certificates must cover the period when the subcontractor worked for you.  This may require certificates covering two different policy terms for the subcontractor in some cases.
- DRIVERS - (For general liability coverage), employees with the sole responsibility of driving may often be excluded from chargeable payroll if their wages are shown separately.  However, employees who perform other duties besides driving must be placed in the highest rated class describing their duties.
- COST OF HIRE is commonly used on commercial automobile policies as a premium basis for hired auto coverage.  This includes automobiles and trailers used under contract on behalf of or loaned to the named insured, which may include rental units as well as subcontracted hauling for the insured.

Your business is unique.  If you have questions about how your specific circumstances will affect savings, please contact your insurance agent.

## BASIC DEFINITIONS

REMUNERATION is commonly called payroll.  It includes wages, commissions, bonuses, overtime pay, pay for holidays, vacations and sickness, payment for piece work, value of meals and lodging and other substitutes for money.  (Substitutes for money include draws, dividends, traveling expenses and travel time payments, gift certificates or merchandise credits, annuities, and contributions to individual retirement accounts.  (This list is not all inclusive but represents common substitutes for money.  Your premium auditor will discuss this with you at the time of your audit).

OVERTIME is the hours worked for which there is an increase in the rate of pay. It includes:

- Work in excess of 8 hours per day or 40 hours per week.
- Work on Saturdays, Sundays or holidays.
- Work in any day or week in excess of a guaranteed wage agreement.

Extra pay for shift differential is not considered overtime.

Ordinarily, overtime pay is equal to 1 1/2 times the regular hourly rate.  For example, a regular pay rate of $10 per hour at time and a half generates a $15 per hour overtime rate.

If the extra $5 of pay is shown separately, it is excluded in total.  If total overtime wage is shown in a combined amount of $15 (regular pay plus increase) and included in gross payroll, one third ($5) will be deducted from gross pay.

If the overtime wage is calculated at double time, one half will be deducted from gross pay.

GROSS SALES is the gross amount charged by you or others trading under your name for all goods or products sold or distributed, operations performed and rentals.  Some deductions from gross sales include sales or excise tax, returns and allowances and finance charges for items sold on installment.

SUBCONTRACTOR is often used interchangeably with "independent contractor."  We ordinarily apply the definition to subcontractors performing construction, erection or structural alteration for a general contractor.   Most workers compensation laws hold you responsible for employees of an uninsured subcontractor.  In some states, they may extend to an uninsured subcontractor without employees if an employee-employer relationship can be established.  A liability policy will also include a charge for subcontractors as though they were your employees if there is no certificate showing evidence of insurance.   Subcontractors can easily obtain a certificate of insurance through their insurance agent.

14019 (2-08)

Agency Code   12-0321-00                                                    Policy Number   131722 78114473

TOTAL COST is the cost of all work let or sublet in connection with each specific project including:

- The cost of all labor, materials and equipment furnished, used or delivered for use in the execution of the work.
- All fees, bonuses or commissions made, paid or due.
- The rates apply per $1,000 of total cost.

## COMMONLY ASKED QUESTIONS

Q:  Why is an audit necessary?
A:  To calculate the exact amount of premium you will be charged.  Actual exposures and operations are determined by an audit.  After they are compared with initial estimates and later endorsements, a final audit premium is determined.

Q:  If overtime is not summarized, will I still get credit?
A:  Overtime records must show overtime pay separately by employee or classification or it will not be deducted.

Q:  If I do not have certificates of insurance from subcontractors for the audit, will I be able to get them?
A:  It is in your best interest to request a certificate from a subcontractor at the time the work is performed rather than at the time of audit.  You will be charged for employees of those subcontractors not providing certificates as though they were your employees.

Q:  Several of my employees do more than one type of work.  How should I assign their payrolls?
A:  Payrolls may be divided into appropriate classifications, provided the division is reflected on the original records in dollar amounts.

Q:  Some of my work could be considered clerical and sales.  Should I separate it?
A:  The clerical and sales classifications cannot be used with any other class for division of a single employee's payroll.

Q:  Is it necessary to provide audit information if my renewal policy has been canceled?
A:  Yes, policies are issued using estimated payroll or sales.  Actual payroll or sales needs to be known to determine if additional premium is due the company or a return premium is due the policyholder.

14019 (2-08)

**This Page Intentionally Left Blank.**

Agency Code    12-0321-00          Policy Number    131722 78114473

AUTO-OWNERS INSURANCE COMPANY
AUTO-OWNERS LIFE INSURANCE COMPANY
HOME-OWNERS LIFE INSURANCE COMPANY
OWNERS LIFE INSURANCE COMPANY
PROPERTY-OWNERS INSURANCE COMPANY
SOUTHERN-OWNERS INSURANCE COMPANY



*Auto-Owners Insurance*

Life   Home   Car   Business

*The 'No Problem' People®*

HENDERSON DEVELOPEMENT &
DESIGN LLC
PO BOX 1548
DESTIN  FL  32540-1548

**FLORIDA CONTRACTING CLASSIFICATION PREMIUM ADJUSTMENT PROGRAM WORKERS COMPENSATION PREMIUM CREDIT APPLICATION**

The Florida Contracting Classification Premium Adjustment Program is applicable to qualifying employees engaged in contracting operations.

A special premium calculation, which may result in a premium credit for you, will be based on average hourly pay rates for each classification of contracting operations.  In order that your premium may be correctly established, please return the completed premium credit application, as set out on the reverse side of this letter, to:

> National Council on Compensation Insurance, Inc.
> Customer Service Center
> 901 Peninsula Corporate Circle
> Boca Raton, Florida 33487

They will advise us of any premium credit applicable.

**If NCCI does not receive this application during the policy period or within three (3) years after the policy period ends, your premium calculation will not reflect any possible premium credit.**

For each applicable classification (both contracting and non-contracting) covering your company's operations in the state of Florida, report the *total* Florida payroll (excluding overtime premium pay, pay in excess of the maximum individual payroll for executive officers or the pay in excess of payroll amount charged to partners and sole proprietors as shown on the state rate pages, as well as the entire pay for any exempt sole proprietor, partner, or officer) and the corresponding *total* number of hours worked, *for the third calendar quarter (July, August, September) of the prior calendar year as reported to taxing authorities.*

Note #1:    If you did not engage in contracting operations during the third quarter of the prior calendar year, the requested information to be provided should then be for the complete calendar quarter prior to the effective date of your workers compensation policy.

Note #2:    If you are a new business *(no prior operations)*, submit the requested information *for the first complete calendar quarter following the effective date of your workers compensation policy* when available.

Note #3:    In the absence of specific records for salaried employees, you should assume that each individual worked forty (40) hours per week.

Please preserve your payroll records that formed the basis for this declaration as we will be required to verify the reported information in order for any premium credit to be applied.

Thank you for your cooperation.

Form 09-4 (CCPAP)       **TURN PAGE OVER FOR PREMIUM CREDIT APPLICATION**

© 2003-2005 National Council on Compensation Insurance, Inc.

27037 (3-05)

Agency Code  12-0321-00                                                           Policy Number   131722 78114473

## WORKERS COMPENSATION — PREMIUM CREDIT APPLICATION

**INSURED:**  HENDERSON DEVELOPEMENT &

**POLICY NO.:** 131722 78114473         **EFFECTIVE DATE:**   09-24-2013

**CARRIER NAME:**     SOUTHERN-OWNERS INS. CO.

*Notice*: Unless code(s), total wages paid, total hours worked, calendar quarter reported are indicated and application is signed, it cannot be processed. *Contact your agent* if assistance is desired.

**Is this a new business?**    No ☐    Yes ☐

**If no,**    submit information for the **THIRD** calendar quarter (July, August, September) of the prior calendar year as reported to taxing authorities.

**If yes,**    submit information for the **FIRST** complete calendar quarter following the effective date of your workers compensation policy.

The following is based on actual wages and hours worked, as reflected in our payroll records, for the complete calendar quarter ending _____

"Contracting classifications" are those classifications subject to the following code numbers:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0042 | 5040 | 5213 | 5445 | 5507 | 5651 | 6213 | 6252 | 7612 |
| 0050 | 5057 | 5215 | 5462 | 5508 | 5703 | 6214 | 6260 | 7613 |
| 1322 | 5059 | 5221 | 5472 | 5509 | 5705 | 6216 | 6306 | 7855 |
| 3365 | 5069 | 5222 | 5473 | 5536 | 6003 | 6217 | 6319 | 8227 |
| 3719 | 5102 | 5223 | 5474 | 5538 | 6005 | 6229 | 6325 | 9534 |
| 3724 | 5146 | 5348 | 5478 | 5551 | 6017 | 6233 | 6400 | 9554 |
| 3726 | 5160 | 5402 | 5479 | 5606 | 6018 | 6235 | 7538 | |
| 5020 | 5183 | 5403 | 5480 | 5610 | 6045 | 6236 | 7601 | |
| 5022 | 5188 | 5437 | 5491 | 5613 | 6204 | 6237 | 7605 | |
| 5037 | 5190 | 5443 | 5506 | 5645 | 6206 | 6251 | 7611 | |

| CLASSIFICATION | CODE | TOTAL FLORIDA WAGES PAID[1] | TOTAL HOURS WORKED[2] |
|---|---|---|---|
| **Example: Electrical Wiring** | 5190 | $8,000 | 520.00 |
| **Contracting Classifications:** | | | |
| | | | |
| | | | |
| | | | |
| **Non-Contracting Classifications:** | | | |
| | | | |
| | | | |
| | | | |

[1] These figures are to exclude overtime premium pay (e.g. an employee makes $16/hour and is paid time and one-half, only report the payroll based upon the $16/hour), pay in excess of the maximum individual payroll for executive officers or the pay in excess of payroll amount charged to partners and sole proprietors, as shown on the state rate pages, and as well as the entire pay for any exempt sole proprietor, partner, or officer. For each classification code, combine all wages for that code in a single entry. Employee names are not required.

[2] Including overtime hours.

Any person who knowingly, and with intent to injure, defraud, or deceive any insurer, files a statement or claim or an application containing any false, incomplete, or misleading information, is guilty of a felony of the third degree.

**SIGNATURE:** _____   **POSITION:** _____   **DATE:** _____

Form 09-4 (CCPAP)

© 2003-2005 National Council on Compensation Insurance, Inc.

Agency Code    12-0321-00                                                 Policy Number    131722 78114473

AUTO-OWNERS INSURANCE COMPANY
AUTO-OWNERS LIFE INSURANCE COMPANY
HOME-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
PROPERTY-OWNERS INSURANCE COMPANY
SOUTHERN-OWNERS INSURANCE COMPANY

**Auto-Owners Insurance**
Life  Home  Car  Business
*The "No Problem" People®*

PO BOX 30660, LANSING, MICHIGAN 48909-8160
PHONE (517) 323-1200      FAX (517) 323-8796
WWW.AUTO-OWNERS.COM

Thank you for allowing Auto-Owners Insurance to handle your insurance needs.  Premium revisions arising from your final audit will be reflected in your regular premium billing account.

If you have questions on your audit or about your insurance needs, please contact your Auto-Owners agent. Auto-Owners has a full complement of policies to help you protect all your assets.

The agency's phone number is located on the attached declarations page.

Auto-Owners Insurance – The "No Problem" People [®]

27978 (5-06)                       *~ Serving Our Policyholders and Agents Since 1916 ~*