IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT IN THE STATE OF FLORIDA

**SOUTHERN-OWNERS**
**INSURANCE COMPANY**,

    Plaintiff,

v.                        **CIVIL ACTION NO.:** 4:15-cv-00525-WS-CAS

**HENDERSON DEVELOPMENT**
**& DESIGN, LLC**,

    Defendant.

_____/

## ANSWER AND AFFIRAMTIVE DEFENSE

**COMES NOW** the Defendant, **HENDERSON DEVELOPMENT & DESIGN, LLC**, and answers the Complaint filed by Plaintiff, as follows:

1.    Defendant admits the allegations in paragraphs 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17, 26, 30, 31, 34, 35, 36 and 37 of the Plaintiff's Complaint.

2.    Defendant denies the allegations in paragraphs 1, 12, 18, 19, 20, 23, 27, 28, 32, 38 and 39 of the Plaintiff's Complaint.

3.    As to paragraph 21 of the Plaintiff's Complaint, Defendant admits Plaintiff sent a demand and Defendant denies the amount alleged as owed.

4.    As to paragraph 22 of the Plaintiff's Complaint, Defendant admits it has not paid but disputes the amount alleged as owed.

5.    Defendant is without knowledge as to the allegations in paragraph 24 of the Plaintiff's Complaint.

6.    As to paragraphs 25, 29 and 33 of the Plaintiff's Complaint, Defendant restates and re-alleges the answers given above.

**AFFIRMATIVE DEFENSES**

The Defendant has disputed and continues to dispute the amount owed to the Plaintiff.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to Christopher B. Lunny, Esq., and Angela D. Miles, Esq., by e-mail at clunny@radeylaw.com, amiles@radeylaw.com, cdemeo@radeylaw.com, by mail at 301 South Bronough Street, Suite 200, Tallahassee, Florida 32301, and/or by facsimile at (850) 425-6694, this 2nd day of December, 2015.

Adrian S. Middleton, Esquire
Florida Bar # 0107854
**Middleton & Middleton, P.A.**
227 E. 6th Avenue
Tallahassee, Florida   32303
Telephone:   (850) 728-2465
Facsimile:   (954) 697-0334
E-mail:adrian@middletonandmiddleton.com