UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**SOUTHERN-OWNERS INSURANCE COMPANY,**

 Plaintiff,

v.           CASE NO.  4:15-cv-525-WS/CAS

**HENDERSON DEVELOPMENT & DESIGN, LLC and TIMOTHY HENDERSON, an individual,**

 Defendants.

_____/

## ORDER GRANTING THE PARTIES' JOINT MOTION FOR APPROVAL OF AMENDED COMPLAINT AND ENTRY OF FINAL JUDGMENT

This matter came before the Court on the parties' Joint Motion for Approval of Amended Complaint and Entry of Final Judgment pursuant to the parties' Settlement and Release Agreement.  The Court having reviewed the Joint Motion and being otherwise fully advised, it is hereby ORDERED AND ADJUDGED:

 1. The parties' Joint Motion for Approval of Amended Complaint and Entry of Final Judgment is GRANTED.

 2. Plaintiff's Motion for Leave to File Amended Complaint (D.E. 12) is GRANTED and Plaintiff's Amended Complaint is deemed filed as of the date of this Order.  Defendant Timothy Henderson is deemed served with Plaintiff's Amended

Complaint, and the Court concludes that it has personal and subject matter jurisdiction over all parties to this action.

    3.    The Clerk shall enter the attached final judgment in favor of Plaintiff.

DONE AND ORDERED in Tallahassee, Florida, on May 19, 2016.

                            s/ William Stafford                        .
                            WILLIAM STAFFORD
                            SENIOR UNITED STATES DISTRICT JUDGE

Copies provided to:

Christopher B. Lunny
Angela D. Miles
Radey Law Firm
301 S. Bronough Street, Suite 200
Tallahassee, Florida 32301
Counsel for Plaintiff

Adrian Middleton
Middleton & Middleton Attorneys at Law
227 E. 6th Ave.
Tallahassee, Florida  32303
Counsel for Defendants