UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**SOUTHERN-OWNERS INSURANCE COMPANY,**

    Plaintiff,

v.                                   CASE NO. 4:15-cv-525-WS/CAS

**HENDERSON DEVELOPMENT & DESIGN, LLC and TIMOTHY HENDERSON, an individual,**

    Defendants.

_____/

## FINAL JUDGMENT

This matter came before the Court on the parties' Joint Motion for Approval of Amended Complaint and Entry of Final Judgment pursuant to the parties' Settlement and Release Agreement, and the Court having reviewed the Joint Motion and being otherwise fully advised, it is hereby ORDERED AND ADJUDGED:

1. Plaintiff, Southern Owners Insurance Company, shall recover from Defendants, Henderson Development & Design, LLC and Timothy Henderson, the sum of Two Hundred Fifty Thousand Dollars ($250,000.00), with interest in accordance with applicable federal law, for which let execution issue. Defendants shall be jointly and severally liable for the Final Judgment.

2. Each party shall bear its own costs and attorney's fees.

DONE AND ORDERED at Tallahassee, Florida, on May 19, 2016.

                                         s/ Chip Epperson
                                         Deputy Clerk

Copies provided to:

Christopher B. Lunny
Angela D. Miles
Radey Law Firm
301 S. Bronough Street, Suite 200
Tallahassee, Florida 32301
Counsel for Plaintiff

Adrian Middleton
Middleton & Middleton Attorneys at Law
227 E. 6th Ave.
Tallahassee, Florida  32303
Counsel for Defendants